# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **VALLEYRIDGE SQUARE, LLC** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| | § | Civil Action No. _____ |
| | § | |
| **SENECA INSURANCE COMPANY** | § | |
| | § | |
| *Defendant* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§1441 and 1446, Defendant Seneca Insurance Company ("Seneca") files this Notice of Removal on the basis of diversity of citizenship and jurisdictional amount, and respectfully shows the Court the following:

## REMOVAL IS TIMELY

1. Seneca is a Defendant in Cause No. 17-7094-393, filed in the 393rd Judicial District Court of Denton County, Texas, styled *Valleyridge Square, LLC v. Seneca Ins. Co.* Plaintiff commenced this civil action against Seneca in the state court on or about August 28, 2017. Seneca was first served with Plaintiff's Original Petition (the "Petition") on September 5, 2017.

2. Therefore, service of process in this cause was served on Seneca not more than thirty (30) days before the filing of this notice, and this Notice of Removal is being filed within one year of the date suit was first filed in state court.

## BASIS FOR REMOVAL

3. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

**A.     There is Complete Diversity**

4.     In its Original Petition, Plaintiff Valleyridge Square, LLC acknowledges that it is a Texas limited liability companies with their principal places of business in Dallas County, Texas.  (Pl.'s Orig. Pet. at para. 2)

5.     Both at the time the lawsuit was originally filed, and at the time of removal, Defendant Seneca is a corporation incorporated and existing under the laws of New York, keeping its principal place of business in New York.

**B.     The Amount in Controversy Exceeds $75,000.00**

6.     This is a civil action in which the amount in controversy exceeds the jurisdictional limits of $75,000.00. In determining the amount in controversy, the Court may consider, "penalties, statutory damages, and punitive damages." *St Paul Reinsurance Co, Ltd v Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see Ray v State Farm Lloyds*, 1999 WL 151667, at *2 - 3 (N.D. Tex. 1999) (finding sufficient amount in controversy in plaintiff's case against the insurer for breach of contract, bad faith, violations of the Texas Insurance Code and Texas Deceptive Trade Practices Act and mental anguish).  Plaintiff alleges that Seneca is liable under common law claims for breach of contract and violations of §542 of the Texas Insurance Code and seeks to recover actual damages, consequential damages, prejudgment interest, additional statutory damages, post-judgment interest, and reasonable and necessary attorneys' fees.  Plaintiff's Original Petition also indicates that Plaintiff seeks between $200,000 and $1,000,000. (Pl.'s Orig. Pet. at para. 4).  Thus, the amount in controversy clearly exceeds $75,000.

7.     Accordingly, by virtue of diversity of citizenship the United States district courts have original jurisdiction.

## STATE COURT DOCUMENTS BEING FILED

8. Pursuant to 28 U.S.C.§1446(a), attached hereto as Exhibit "A" is the Index of Matters Being Filed that clearly identifies each document and indicates the date the document was filed in state court. Attached hereto as Exhibit "B" is the Designation of Counsel  The docket sheet, and all documents filed in the state court action have been requested and will be supplemented.

## PRAYER

**WHEREFORE**, based upon 28 U.S.C. §§1441 and 1446, Seneca respectfully requests that this action be removed to the United States District Court for the Northern District of Texas, Dallas Division, and that it be granted such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James N. Isbell*
    James N. Isbell
    Attorney-in-Charge
    Bar No.  10431900
    jisbell@thompsoncoe.com
    Christopher H. Avery
    Bar No. 24069321
    cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

COUNSEL FOR DEFENDANT,
SENECA INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served via the Court's electronic notification system on the following counsel of record:

Shaun Hodge
THE HODGE LAW FIRM, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas  77550
*Via Email: shodge@hodgefirm.com*
(409) 762-5000 │ (409) 763-2300 - *Fax*

                                        */s/ Christopher H. Avery*
                                        Christopher H. Avery

2837122v1
01446.115