# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **VALLEYRIDGE SQUARE, LLC** | § § § | |
| *Plaintiff* | § § § | **Civil Action No. _____** |
| **SENECA INSURANCE COMPANY** | § § § | |
| *Defendant* | § | |

## INDEX OF MATTERS BEING

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the Southern District of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. Civil Cover Sheet;

2. Index of Matters Being Filed;

4. Designation of Counsel; and

5. A copy of the Denton County District Clerk's file for this case has been requested including:

    a. Copy of the Docket Sheet

    b. Plaintiff's Original Petition (*filed 8/28/17*);

    c. Case Information Sheet (*filed 8/28/17*);

    d. Request for Issuance of Citation (*filed 8/28/17*);

    e. Record/Copy Request (*filed 8/29/17*);

    f. Citation by Certified Mail –Seneca Insurance Company, Inc. (*filed 8/31/17*);

    g.    Service Returned – Seneca Insurance Company, Inc. (*filed 9/5/17*);

    h.    Defendant's Original Answer (*filed 9/29/17*);

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   /s/ *James N. Isbell*
    James N. Isbell
    Attorney-in-Charge
    Bar No. 10431900
    Email: jisbell@thompsoncoe.com
    Christopher H. Avery
    Bar No. 24069321
    cavery@thompsoncoe.com

One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299

**ATTORNEYS SENECA INSURANCE COMPANY**