IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **VALLEYRIDGE SQUARE, LLC** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| | § | Civil Action No. _____ |
| | § | |
| **SENECA INSURANCE COMPANY** | § | |
| | § | |
| *Defendant* | § | |

## DESIGNATION OF COUNSEL

Plaintiff, Valleyridge Square, LLC. is represented by:

Shaun Hodge
Texas Bar No. 24052995
THE HODGE LAW FIRM, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas  77550
*Email: shodge@hodgefirm.com*
(409) 762-5000 | (409) 763-2300 - *Fax*

Defendant, Seneca Insurance Company is represented by:

James N. Isbell
Attorney-in-Charge
Bar No. 10431900
Email: jisbell@thompsoncoe.com
Christopher H. Avery
Texas State Bar No. 24069321
Email: cavery@tthompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas  77056
(713) 403-8210 - Telephone
(713) 403-8299 – Fax