# CIVIL ACTION NO. 4:17-cv-715

# EXHIBIT 1

## To Plaintiff's Amended Complaint

 **Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

| | | | |
|---|---|---|---|
| Insured: | Valleyridge Square, LLC. | Home: | (972) 985-6049 |
| Property: | 1490 Valleyridge Blvd | | |
| | Lewisville, TX 75077 | | |
| Home: | P.O. Box 860512 | | |
| | Plano, TX | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Don Coon | Business: | (972) 523-1716 |
| Company: | Provencher & Company | | |
| Business: | 1000 CM Fagan Drive Suite F | | |
| | Hammond, LA 70403 | | |

| | | | |
|---|---|---|---|
| Estimator: | Don Coon | Business: | (972) 523-1716 |
| Company: | Provencher & Company | | |
| Business: | 1000 CM Fagan Drive Suite F | | |
| | Hammond, LA 70403 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (212) 344-3000 |
| Company: | Seneca Insurance Co | | |
| Business: | 160 Water Street | | |
| | New York, NY 10038 | | |

**Claim Number:** 9082-PC        **Policy Number:** CMP4800461        **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 1/24/2014 | | |
| Date of Loss: | 5/29/2013 5:00 PM | Date Received: | 1/24/2014 |
| Date Inspected: | 2/5/2014 | Date Entered: | 2/5/2014 11:25 AM |

| | |
|---|---|
| Price List: | TXDF7X_FEB14 |
| | Restoration/Service/Remodel |
| Estimate: | 9082-PCHVACHOLDBACK |



**Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

### 9082-PCHVACHOLDBACK

### Main Level

**Flat Roof**

16507.02  Surface Area          165.07  Number of Squares
590.69  Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Cap flashing - large | 590.00 LF | 20.76 | 1,010.49 | 2,651.78 | 15,910.67 | (3,122.35) | 12,788.32 |
| **Totals: Flat Roof** | | | **1,010.49** | **2,651.78** | **15,910.67** | **3,122.35** | **12,788.32** |

**HVAC**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Air conditioning unit, 8 ton - Commercial grade | 4.00 EA | 4,817.50 | 1,589.78 | 4,171.96 | 25,031.74 | (3,885.92) | 21,145.82 |
| R&R Air conditioning unit, 5 ton - Commercial grade | 2.00 EA | 4,067.76 | 671.18 | 1,761.34 | 10,568.04 | (1,689.83) | 8,878.21 |
| R&R Central air conditioning system - 4 ton - 16-21 SEER | 1.00 EA | 2,045.07 | 168.71 | 442.78 | 2,656.56 | (422.93) | 2,233.63 |
| Comb/straighten a/c cond. fins - w/trip charge - Large | 2.00 EA | 181.27 | 29.91 | 78.48 | 470.93 | (0.00) | 470.93 |
| Crane and operator - 14 ton capacity - 65' extension boom | 8.00 HR | 183.50 | 121.11 | 317.82 | 1,906.93 | (0.00) | 1,906.93 |
| **Totals: HVAC** | | | **2,580.69** | **6,772.38** | **40,634.20** | **5,998.67** | **34,635.53** |
| **Total: Main Level** | | | **3,591.18** | **9,424.16** | **56,544.87** | **9,121.03** | **47,423.84** |

**metal roof**

**Metal Roof**



2280.26  Surface Area          22.80  Number of Squares
605.70  Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9082-PCHVACHOLDBACK | | | | | | 12/30/2015 | Page: 2 |



**Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

**CONTINUED - Metal Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Standing seam metal roofing | 2,280.00 SF | 6.42 | 1,207.60 | 3,169.06 | 19,014.26 | (4,876.97) | 14,137.29 |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 424.45 | 35.02 | 91.90 | 551.37 | (0.00) | 551.37 |
| **Totals: Metal Roof** | | | 1,242.62 | 3,260.96 | 19,565.63 | 4,876.97 | 14,688.66 |
| **Total: metal roof** | | | 1,242.62 | 3,260.96 | 19,565.63 | 4,876.97 | 14,688.66 |
| **Line Item Totals: 9082-PCHVACHOLDBACK** | | | 4,833.80 | 12,685.12 | 76,110.50 | 13,997.99 | 62,112.51 |

## Grand Total Areas:

|  |  |  |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 9,140.70 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 21,367.50 Surface Area | 213.67 Number of Squares | 3,101.59 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

9082-PCHVACHOLDBACK

 **Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

### Summary for Building 1

| | |
|---|---:|
| Line Item Total | 58,591.58 |
| Material Sales Tax | 4,833.80 |
| Subtotal | 63,425.38 |
| Overhead | 6,342.56 |
| Profit | 6,342.56 |
| **Replacement Cost Value** | **$76,110.50** |
| Less Depreciation | (13,997.99) |
| **Actual Cash Value** | **$62,112.51** |
| Less Deductible | (25,000.00) |
| **Net Claim** | **$37,112.51** |
| Total Recoverable Depreciation | 13,997.99 |
| **Net Claim if Depreciation is Recovered** | **$51,110.50** |

Don Coon

 **Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Manuf. Home Tax (5%) |
|---|---|---|---|---|
| Line Items | 6,342.56 | 6,342.56 | 4,833.80 | 0.00 |
| **Total** | **6,342.56** | **6,342.56** | **4,833.80** | **0.00** |

 **Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

## Recap by Room

**Estimate: 9082-PCHVACHOLDBACK**

**Area: Main Level**

| | | |
|---|---:|---:|
| Flat Roof | 12,248.40 | 20.90 % |
| HVAC | 31,281.13 | 53.39 % |
| **Area Subtotal:  Main Level** | 43,529.53 | 74.29 % |

**Area: metal roof**

| | | |
|---|---:|---:|
| Metal Roof | 15,062.05 | 25.71 % |
| **Area Subtotal:  metal roof** | 15,062.05 | 25.71 % |
| **Subtotal of Areas** | 58,591.58 | 100.00 % |
| **Total** | 58,591.58 | 100.00 % |



**Provencher & Company**

1000 CM Fagan Drive
Suite F
Hammond, Louisiana 70403

### Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 3,172.82 | | 3,172.82 |
| HEAVY EQUIPMENT | 1,468.00 | | 1,468.00 |
| HEAT,  VENT & AIR CONDITIONING | 28,070.06 | 5,541.50 | 22,528.56 |
| METAL STRUCTURES & COMPONENTS | 13,862.40 | 4,505.28 | 9,357.12 |
| ROOFING | 12,018.30 | 2,884.39 | 9,133.91 |
| O&P Items Subtotal | 58,591.58 | 12,931.17 | 45,660.41 |
| Material Sales Tax | 4,833.80 | 1,066.82 | 3,766.98 |
| Overhead | 6,342.56 | | 6,342.56 |
| Profit | 6,342.56 | | 6,342.56 |
| Total | 76,110.50 | 13,997.99 | 62,112.51 |



Metal Roof

Flat Roof

Roof2 (1)

Main Level

Page: 8

12/30/2015

9082-PCHVACHOLDBACK

Main Level



Metal Roof

Roof2 (1)

metal roof