CIVIL ACTION NO. 4:17-cv-715

# EXHIBIT 2

**To Plaintiff's Amended Complaint**



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

| | |
|---|---|
| Client: | Keypoint Management 1490 Valley Ridge |
| Property: | 1490 Valley Ridge Road |
| | Lewisville, TX 75077 |

Operator:     CALSPOON

| | | | |
|---|---|---|---|
| Estimator: | Cal Spoon | Cellular: | (432) 349-6631 |
| Business: | 902 51st Street | E-mail: | calspoon@insurancebusters. |
| | Galveston, TX 77551 | | net |

Type of Estimate:     Hail
Date Entered:     5/6/2016          Date Assigned:

Price List:     TXDF8X_MAY16
Labor Efficiency:     Restoration/Service/Remodel
Estimate:     IBN_KEYPOINT_1490VR
File Number:     00025-16

Claim # 14AAN371

Policy # CMP4800461

DOL: 05/29/13

Covered Cause of Loss: Hail

Please see the attached revised scope for the above mentioned claim #.

I look forward to working with you.

Thank you,

Cal Spoon



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### IBN_KEYPOINT_1490VR

#### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1.  Temporary toilet (per month) | 3.00 MO | 0.00 | 164.77 | 0.00 | 148.30 | 642.61 |
| 1 month x 3 toilets | | | | | | |
| 2.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 498.00 | 0.00 | 0.00 | 298.80 | 1,294.80 |
| 3.  Telehandler/forklift (per week) - no operator | 2.00 WK | 0.00 | 795.00 | 0.00 | 477.00 | 2,067.00 |
| 4.  Equipment Operator - per hour | 40.00 HR | 0.00 | 43.13 | 0.00 | 517.56 | 2,242.76 |
| 5.  Fall protection harness and lanyard - per week | 40.00 WK | 0.00 | 22.00 | 0.00 | 264.00 | 1,144.00 |
| Fall protection harness and lanyard.  This includes roofers, HVAC technicians, electricians ect. that will be needed to complete the job. | | | | | | |
| 6.  On-Site Evaluation and/or Supervisor/Admin - per hour | 60.00 HR | 0.00 | 44.73 | 287.83 | 805.14 | 3,776.77 |
| Labor is to analyze, design and install a fall protection system following OSHA guidelines from the "Fall Protection for the Construction Industry, Code of Federal Regulations 1926, Subpart M." | | | | | | |
| 7.  Rigger - per hour | 40.00 EA | 0.00 | 72.35 | 0.00 | 868.20 | 3,762.20 |
| Labor to install and remove fall protection life lines and anchors | | | | | | |
| 8.  Crane and operator - 14 ton capacity - 65' extension boom | 20.00 HR | 0.00 | 120.00 | 0.00 | 720.00 | 3,120.00 |
| Air conditioning units, debris removal, roof load material at 18' tall roof. | | | | | | |
| 9.  Job-site cargo/storage container - 20' long - per month | 2.00 MO | 0.00 | 87.83 | 14.49 | 57.04 | 247.19 |
| 10.  Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | 0.00 | 112.00 | 18.48 | 72.74 | 315.22 |
| 11.  Asbestos test fee - full service asbestos survey | 1.00 EA | 0.00 | 475.00 | 0.00 | 142.50 | 617.50 |
| Total:  Main Level | | | | 320.80 | 4,371.28 | 19,230.05 |



**Main Roof**

16,888.49  Surface Area          168.88  Number of Squares
600.16  Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 12.  Roofing felt - 30 lb. | 194.22 SQ | 0.00 | 24.91 | 159.11 | 1,499.14 | 6,496.27 |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Main Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 13.  R&R Flash parapet wall only - bitumen | 600.16 LF | 1.34 | 12.81 | 132.20 | 2,587.34 | 11,211.80 |
| 14.  R&R Evaporative cooler - 4500 cfm | 2.00 EA | 26.88 | 890.79 | 110.85 | 583.86 | 2,530.05 |
| 15.  Retrofit curb - large | 3.00 EA | 0.00 | 2,237.55 | 494.26 | 2,162.08 | 9,368.99 |
| 16.  Retrofit curb - extra large | 10.00 EA | 0.00 | 4,003.36 | 3,036.00 | 12,920.88 | 55,990.48 |
| 17.  Remove Sheathing - OSB - 5/8" | SF | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18.  Remove Modified bitumen roof - self-adhering | 1.00 SQ | 40.95 | 0.00 | 0.00 | 12.28 | 53.23 |
| 19.  R&R Air conditioning unit, 5 ton - Commercial grade | 3.00 EA | 166.95 | 6,108.94 | 980.84 | 5,942.56 | 25,751.07 |
| 20.  Modified bitumen roof - self-adhering | 219.55 SQ | 0.00 | 394.54 | 2,605.36 | 26,767.98 | 115,994.60 |

20% is added for accommodation of the parapet walls on three sides.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21.  Built-up roofing - gravel ballast | 185.77 SQ | 0.00 | 55.99 | 215.79 | 3,185.12 | 13,802.17 |
| 22.  Remove Tear off, haul and dispose of gravel ballast | 168.88 SQ | 41.25 | 0.00 | 0.00 | 2,089.90 | 9,056.20 |
| 23.  Digital satellite system - Detach & reset | 3.00 EA | 0.00 | 24.88 | 0.00 | 22.40 | 97.04 |
| 24.  R&R Flashing - pipe jack - lead | 28.00 EA | 4.69 | 54.45 | 80.85 | 521.04 | 2,257.81 |

Includes pipe jacks for all penetrations.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 25.  Natural gas service line | 2,200.00 LF | 0.00 | 10.54 | 0.00 | 6,956.40 | 30,144.40 |
| 26.  R&R Gravity roof ventilator - 18" | 7.00 EA | 5.99 | 247.60 | 118.55 | 568.10 | 2,461.78 |
| 27.  R&R Exhaust cap - through roof - 6" to 8" | 16.00 EA | 5.99 | 61.13 | 40.91 | 334.46 | 1,449.29 |
| 28.  R&R Sheathing - OSB - 5/8" | 19,421.77 SF | 0.38 | 1.36 | 833.19 | 10,388.12 | 45,015.19 |

3 Ply is built up system that adheres to the deck. When roof is removed, large portions of the OSB will follow. Decking has been wet as well as pockets of water within the roof covering existing from the 2x4 that penetrated the roof.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 29.  Retrofit curb | 5.00 EA | 0.00 | 1,334.82 | 484.69 | 2,147.64 | 9,306.43 |
| 30.  R&R Cap flashing - large | 600.16 LF | 0.40 | 21.17 | 800.63 | 4,123.82 | 17,869.90 |
| 31.  Remove Air conditioning unit, 8 ton - Commercial grade | 3.00 EA | 333.90 | 0.00 | 0.00 | 300.52 | 1,302.22 |
| 32.  (Install) Air conditioning unit, 8 ton - Commercial grade | 3.00 EA | 0.00 | 2,622.81 | 0.00 | 2,360.52 | 10,228.95 |
| 33.  Electrician - per hour | 80.00 HR | 0.00 | 90.01 | 0.00 | 2,160.24 | 9,361.04 |

For all electrical on roof. DIsconnects etc. Off and on.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34.  Digital satellite system - alignment and calibration only | 3.00 EA | 0.00 | 74.65 | 0.00 | 67.18 | 291.13 |
| 35.  Remove Roof mount power attic vent | 2.00 EA | 16.67 | 473.64 | 16.29 | 299.06 | 1,295.97 |
| 36.  R&R Insulation - ISO board, 2" | 337.77 SQ | 26.97 | 242.25 | 2,585.41 | 28,055.96 | 121,575.81 |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Main Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 37. R&R Air conditioning unit, 8 ton - Commercial grade | 4.00 EA | 333.90 | 7,722.76 | 1,682.98 | 10,172.90 | 44,082.52 |
| 38. R&R Packaged gas furnace & A/C unit - 4 ton 14-16 SEER | 2.00 EA | 100.17 | 4,296.48 | 577.34 | 2,811.18 | 12,181.82 |
| 39. Roof drain system - (per SF roof) | 16,888. SF 49 | 0.00 | 0.39 | 292.59 | 2,063.74 | 8,942.84 |
| Totals: Main Roof | | | | 15,247.84 | 131,104.42 | 568,119.00 |

### Standing Seam North

2,755.71  Surface Area                27.56  Number of Squares
634.08  Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 40. Remove Standing seam metal roofing | 2,755.71 SF | 0.34 | 0.00 | 0.00 | 281.08 | 1,218.02 |
| 41. Standing seam metal roofing | 3,031.28 SF | 0.00 | 6.08 | 520.17 | 5,685.12 | 24,635.47 |
| 42. R&R Drip edge | 317.04 LF | 0.23 | 1.58 | 16.48 | 177.10 | 767.42 |
| 43. R&R Flash parapet wall only | 317.04 LF | 1.34 | 11.54 | 36.62 | 1,236.02 | 5,356.11 |
| 44. R&R Gutter / downspout - aluminum - 6" | 120.00 LF | 0.34 | 7.42 | 46.63 | 293.34 | 1,271.17 |
| Totals: Standing Seam North | | | | 619.90 | 7,672.66 | 33,248.19 |
| Total: Main Level | | | | **16,188.54** | **143,148.36** | **620,597.24** |

### Exterior

**Exterior Dimensions**                                                    **Height: 20'**

11,760.56  SF Walls                15,952.20  SF Ceiling
27,712.76  SF Walls & Ceiling                15,952.20  SF Floor
1,772.47  SY Flooring                588.03  LF Floor Perimeter
588.03  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Exterior Dimensions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 45.  Parking lights - metal halide, 250 watt (pole mount) | 14.00 EA | 0.00 | 483.11 | 244.39 | 2,102.38 | 9,110.31 |
| 46.  Painting (Light Poles) Includes labor and material | 7.00 EA | 0.00 | 250.00 | 0.00 | 525.00 | 2,275.00 |
| 47.  Paint masonry | 5,880.28 SF | 0.00 | 0.59 | 116.43 | 1,075.74 | 4,661.54 |
| 48.  Clean part of the walls with pressure steam | 5,880.28 SF | 0.00 | 0.67 | 492.38 | 1,200.86 | 5,633.03 |
| 49.  Mask and prep for paint - plastic, paper, tape (per LF) | 588.03 LF | 0.00 | 0.95 | 11.16 | 170.92 | 740.71 |
| 50.  Painting (Posts) Includes labor and materials. | 13.00 EA | 0.00 | 75.00 | 0.00 | 292.50 | 1,267.50 |
| Totals:  Exterior Dimensions | | | | 864.36 | 5,367.40 | 23,688.09 |
| Total: Exterior | | | | **864.36** | **5,367.40** | **23,688.09** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51.  Framing labor minimum | 1.00 EA | 0.00 | 163.41 | 0.00 | 49.02 | 212.43 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 49.02 | 212.43 |
| **Line Item Totals: IBN_KEYPOINT_1490VR** | | | | **17,052.90** | **148,564.78** | **644,497.76** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 11,760.56 | SF Walls | 15,952.20 | SF Ceiling | 27,712.76 | SF Walls and Ceiling |
| 15,952.20 | SF Floor | 1,772.47 | SY Flooring | 588.03 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 588.03 | LF Ceil. Perimeter |
| 15,952.20 | Floor Area | 16,148.65 | Total Area | 11,760.56 | Interior Wall Area |
| 14,924.83 | Exterior Wall Area | 590.69 | Exterior Perimeter of Walls | | |
| 19,644.20 | Surface Area | 196.44 | Number of Squares | 2,468.49 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Summary

| | |
|---|---:|
| Line Item Total | 478,880.08 |
| Material Sales Tax | 16,239.72 |
| Cleaning Mtl Tax | 63.07 |
| Storage Rental Tax | 32.97 |
| Subtotal | 495,215.84 |
| Overhead | 74,282.39 |
| Profit | 74,282.39 |
| Cleaning Sales Tax | 717.14 |
| **Replacement Cost Value** | **$644,497.76** |
| **Net Claim** | **$644,497.76** |

Cal Spoon



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 74,282.39 | 74,282.39 | 16,239.72 | 63.07 | 717.14 | 0.00 | 32.97 |
| **Total** | | | | | | | |
| | **74,282.39** | **74,282.39** | **16,239.72** | **63.07** | **717.14** | **0.00** | **32.97** |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Recap by Room

**Estimate: IBN_KEYPOINT_1490VR**

| | | |
|---|---:|---:|
| **Area: Main Level** | **14,537.97** | **3.04%** |
| **Main Roof** | **421,766.74** | **88.07%** |
| **Standing Seam North** | **24,955.63** | **5.21%** |
| **Area Subtotal:  Main Level** | **461,260.34** | **96.32%** |
| **Area: Exterior** | | |
| **Exterior Dimensions** | **17,456.33** | **3.65%** |
| **Area Subtotal:  Exterior** | **17,456.33** | **3.65%** |
| **Labor Minimums Applied** | **163.41** | **0.03%** |
| **Subtotal of Areas** | **478,880.08** | **100.00%** |
| **Total** | **478,880.08** | **100.00%** |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONT: GARMENT & SOFT GOODS CLN | 2,683.80 | 0.42% |
| CLEANING | 3,939.79 | 0.61% |
| CONTENT MANIPULATION | 399.66 | 0.06% |
| GENERAL DEMOLITION | 30,407.62 | 4.72% |
| ELECTRICAL | 7,200.80 | 1.12% |
| ELECTRICAL - SPECIAL SYSTEMS | 298.59 | 0.05% |
| HEAVY EQUIPMENT | 5,715.20 | 0.89% |
|  | 475.00 | 0.07% |
| FRAMING & ROUGH CARPENTRY | 163.41 | 0.03% |
| HEAT,  VENT & AIR CONDITIONING | 121,828.46 | 18.90% |
| LABOR ONLY | 2,894.00 | 0.45% |
| LIGHT FIXTURES | 6,763.54 | 1.05% |
| METAL STRUCTURES & COMPONENTS | 18,430.18 | 2.86% |
| PLUMBING | 29,774.51 | 4.62% |
| PAINTING | 6,753.00 | 1.05% |
| ROOFING | 238,887.81 | 37.07% |
| SCAFFOLDING | 880.00 | 0.14% |
| SOFFIT, FASCIA, & GUTTER | 890.40 | 0.14% |
| TEMPORARY REPAIRS | 494.31 | 0.08% |
| O&P Items Subtotal | 478,880.08 | 74.30% |
| Material Sales Tax | 16,239.72 | 2.52% |
| Cleaning Mtl Tax | 63.07 | 0.01% |
| Storage Rental Tax | 32.97 | 0.01% |
| Overhead | 74,282.39 | 11.53% |
| Profit | 74,282.39 | 11.53% |
| Cleaning Sales Tax | 717.14 | 0.11% |
| Total | 644,497.76 | 100.00% |

*Please respond to any denials in writing, and address the line item specifically.  Please be advised, this document shall constitute a Reasonable Demand on the part of the insured. This document shall also act as a proper proof of loss for the extent of the known damages, and shall be deemed as properly executed as if by the insured themselves. Please be advised, it is not the insured's duty, nor their Public Adjuster to determine ACV Value on behalf of the Insurer. That is the insurer's responsibility. Their  Proof of Loss will always reflect the RCV value, as it should. If there are any questions, please contact us at any of the given numbers on the Header.*

8' 11"

208' 1"

Standing Seam North

F3

8' 8"

75' 1"
75'

Standing Seam West  (1)

F2

Main Roof

F1

125'

75'

25'
25'



Main Level

Exterior Dimensions

198'
197' 4"

97' 4"
96' 8"

71' 8"
72' 4"

125' 1"
125' 1"

25'
25'

72' 3"
72' 11"



N

Exterior