**CIVIL ACTION NO. 4:17-cv-715**

# EXHIBIT 3

**To Plaintiff's Amended Complaint**

RECEIVED JUN 2 1 2016 BY: Scan-upload



### Seneca

A member of the Crum & Forster Enterprise

June 2, 2016

**Final Request**

Mr. Gregory Cotton
D.A. Lamont Public Adjusters, LLC
P.O. Box 1886
Rockwall, Texas 75087

**Via: Certified Mail, Return Receipt Requested
Copy by US Mail**
7015 3010 0000 4539 5047

        Insured:      Valleyridge Square, LLC
        Policy No.:   CMP48000461
        Claim No.:   14AAN371
        Location:     1490 Valleyridge Blvd, Lewisville, Texas 75077
        Date of Loss: 5/29/13

Dear Mr. Cotton:

    This letter is to advise you that Seneca Insurance via Don Coon of he independent adjusting firm, Provencher & Company has sent several letters to you in regards to concluding the claim. To date we have gotten no response to the Proof of Loss sent out to you in regards to the settlement of your claim. Please find attached 2 copies of the Proof of Loss for your claim and a Statement of Loss.

    We thank you for your attention to this matter and await your reply. If we do not hear from you within 30 days, we will assume you are no longer wish to pursue the claim and will close our file accordingly. If you have any questions regarding this letter, or your claim, please call me at 917-572-2956.

                                          Very truly yours,

                                          *Jude Samson*
                                          Sr. Property Adjuster

CC:   Valleyridge Square, LLC
      P.O. Box 860512
      Plano, Texas 75086
      Attn: Amy Lin

      Burns & Wilcox of TX
      2301 E Lamar Blvd., 5th Fl.
      Arlington, TX 76006
      Attn: Sharon Runft

      RDA Martin & Sons Ins. Agency
      1414 W Wheatland, Suite 200
      Duncanville, TX 75116
      Attn: Vee Riley

| | | |
|---|---|---|
| CMP4800461 | **SWORN STATEMENT IN PROOF OF LOSS** | 9082-PC |
| POLICY NO. | | INS CLAIM NO. |
| 12/28/2012 - 12/28/2013 | | Burns & Wilcox of TX |
| POLICY TERM | | AGENT |
| $1,360,000.00 | ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD AN INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME. | 2301 E Lamar Blvd 5th Floor |
| AMT OF BLDG COV AT TIME OF LOSS | | AGENCY AT |
| | | Arlington, TX 76006 |

TO SENECA INSURANCE CO:

At time of loss, by above indicated policy of insurance, you insured the interest of
**Valleyridge Square, LLC.; 1490 Valleyridge Blvd; Lewisville, TX 75077**

against loss by Wind & Hail to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN**   A  Hail_____ loss occurred about the hour of  Five  o'clock  PM.,
on the  29  day of  May, 2013 . The cause of the said loss was:
Hail

**OCCUPANCY**   The premises described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever:
Owner / Tenant

**INTEREST**   No other person or persons had any interest therein or encumbrance thereon except:
Owner

| | |
|---|---:|
| 1. FULL AMOUNT OF INSURANCE applicable to the property for which claim is presented is | $1,360,000.00 |
| 2. ACTUAL CASH VALUE of building structures | $1,463,705.31 |
| 3. ADD ACTUAL CASH VALUE OF CONTENTS of personal property insured | $0.00 |
| 4. ACTUAL CASH VALUE OF ALL PROPERTY | $1,463,705.31 |
| 5. FULL COST OF REPAIR OR REPLACEMENT (Building and Contents) | $76,110.50 |
| 6. LESS APPLICABLE DEPRECIATION | $13,997.99 |
| 7. ACTUAL CASH VALUE LOSS is | $62,112.51 |
| 8. LESS DEDUCTIBLES | $25,000.00 |
| 9. NET AMOUNT CLAIMED under above numbered policy is | $37,112.51 |

The said loss did not originate by any act, design or procurement on the part of your insured, nothing has been done by or with the privity or consent of your insured to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said insurer as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

Subrogation - To the extent of the payment made or advanced under this policy; the insured hereby assigns, transfers and sets over the insurer all rights, claims or interest that he has against any person, firm or corporation liable for the loss or damage to the property for which payment is made or advanced. He also hereby authorizes the insurer to sue any such third party in his name.

The insured hereby warrants that no release has been given or will be given or settlement or compromise made or agreed upon with any third party who may be liable in damages to the insured with respect to the claim being made herein.

The furnishing of this blank or the preparation of proofs by a representative of the above insurer is not a waiver of any of its rights.

I declare under penalty of perjury that the information contained in the foregoing is true and correct to the best of my knowledge and belief.

State of  TX

County Of _____                                 _____
                                                                                               Insured

                                                                                                _____
                                                                                                Insured

Subscribed and sworn before me this _____ day of _____,

                                                                                                _____
                                                                                                Notary Public

PARTIAL PROOF OF LOSS

# SWORN STATEMENT IN PROOF OF LOSS
(For Use With Replacement Cost Coverages)

$1,360,000.00
AMOUNT OF POLICY AT TIME OF LOSS

12/28/2012 - 12/28/2013
POLICY TERM

CMP4800461
POLICY NO.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD AN INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

Burns & Wilcox of TX
AGENT

2301 E Lamar Blvd 5th Floor
Arlington, TX 76006
AGENCY AT

TO  SENECA INSURANCE CO

At time of loss, by above indicated policy of insurance, you insured the interest of
Valleyridge Square, LLC.; 1490 Valleyridge Blvd; Lewisville, TX 75077
against loss by Wind & Hail to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin** — A Hail loss occurred about the hour of Five o'clock PM on the 29 day of May, 2013, the cause of the said loss was: Hail

2. **Occupancy** — The premises described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever:
Owner / Tenant

3. **Title and Interest** — At the time of loss the interest of your insured in the property described therein was
Owner

No other person or persons had any interest therein or incumbrance thereon, except:

4. **Changes** — Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described except:

5. **Total Insurance** — The total amount of insurance upon the property described by this policy was, at the time of loss, $1,360,000.00 as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. FULL REPLACEMENT COST of the said property at the time of the loss was ............... $1,632,191.36
7. THE FULL COST OF REPAIR OR REPLACEMENT is ............... $76,110.50
8. Applicable DEPRECIATION OR BETTERMENT is ............... $13,997.99
9. ACTUAL CASH VALUE LOSS is ............... $62,112.51
10. LESS DEDUCTIBLES and/or participation by the insured ............... $25,000.00
11. ACTUAL CASH VALUE CLAIM is ............... $37,112.51
12. SUPPLEMENTAL CLAIM, to be filed in accordance with the terms and conditions of the replacement cost coverage within 365 days from the date of loss as shown above, will not exceed ............... $13,997.99

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The Partial Amount Claimed under the above policy is ............... $5,998.67
The furnishing of this blank or preparation of proofs by a representative of the Insurance company is not a waiver of any of its rights.

State of  TX
County Of _____

_____  Insured
_____  Insured

Subscribed and sworn before me this _____ day of _____

_____
Notary Public